IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES PICKENS, ) | |
|     *Plaintiff* ) | |
| ) | |
| vs. ) | **Civil Action No. 3:16-cv-913-CWR-FKB** |
| ) | |
| MANAGEMENT & TRAINING ) | |
| CORPORATION, *et al.*, ) | |
|     *Defendants* ) | |

## MTC'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant Management & Training Corporation ("MTC"), through counsel and pursuant to the Federal Rules of Civil Procedure, and files this Motion for Summary Judgment, and would show in support the following:

1. The Plaintiff failed to exhaust his administrative remedies in a timely fashion, in violation of the Mississippi Department of Corrections's Administrative Remedy Program, the Prison Litigation Reform Act, and the provisions of Miss. Code Ann. § 47-5-803. For those reasons, his federal and state law claims are barred.

2. In support of this Motion, MTC is attaching and incorporating the following exhibits:

a.    **Exhibit "A"** – MDOC's ARP Policy; and

b.    **Exhibit "B"** – Plaintiff's ARP Submissions on February 12, 2015.

3. In further support of this Motion, MTC is concurrently submitting its Memorandum of Authorities, as required by L.U. Civ. R. 7(b)(4).

**WHEREFORE, PREMISES CONSIDERED**, Defendant Management & Training Corporation respectfully submit its Motion for Summary Judgment, requesting that the Court

find no genuine issue of material fact and conclude that MTC is entitled to judgment as a matter of law under Fed. R. Civ. P. 56(a).

    Dated: June 26, 2017.

                        Respectfully submitted,

                        **MANAGEMENT & TRAINING CORPORATION, TERRY DANIEL, GRADY WALLACE, AMEDIO COLANGELO, and LEPHER JENKINS**

                By:    *s/ H. Richard Davis, Jr.*
                        R. Jarrad Garner (MSB# 99584)
                        H. Richard Davis, Jr. (MSB# 103983)
                        Adams and Reese, LLP
                        1018 Highland Colony Parkway, Suite 800
                        Ridgeland, Mississippi 39157
                        Office: (601) 353-3234
                        Fax:   (601) 355-9708
                        jarrad.garner@arlaw.com
                        richard.davis@arlaw.com

## CERTIFICATE OF SERVICE

I, H. Richard Davis, Jr., one of the attorneys for the Defendants Management & Training Corporation, Terry Daniel, Grady Wallace, Amedio Colangelo, and Lepher Jenkins, do hereby certify that I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served on all counsel of record by electronic mail.

**SO CERTIFIED** this 26th day of June, 2017.

*s/ H. Richard Davis, Jr.*
H. Richard Davis, Jr.