AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| JAMES PICKENS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16CV-913-CWR-FKB |
| MANAGEMENT & TRAINING COROPORATION, ET AL | ) ) ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Mississippi Department of Corrections, Director of Records, Jeworski Mallett, 633 N. State St. Jackson, MS 39202

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: MDOC SOP Number 16-19-09, MDOC Policy Number 16-19, MDOC CID Report of Investigation Case No. 14-CEN-013, August 8, 2014.

| Place: Burns & Associates, PLLC<br>629 North Jefferson Street<br>Jackson, MS 39202 | Date and Time:<br>09/28/2018 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/28/2018

*CLERK OF COURT*

OR

_____   s/Yancy B. Burns
*Signature of Clerk or Deputy Clerk*   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* JAMES PICKENS Yancy B. Burns, 629 North Jefferson Street, Jackson, MS 39202 , who issues or requests this subpoena, are:

(601) 487-6997/yburns@burnsandassociateslaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:16CV-913-CWR-FKB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows: Pat Ford, Assistant to Jerard. Mollett, who received/accepted on his behalf _____ on *(date)* August 27, 2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/27/2018

_____
Server's signature

Yancy Burns, Att.
Printed name and title

629 N. Jefferson St., Jackson, MS 39202
Server's address

Additional information regarding attempted service, etc.: