IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES PICKENS,<br>    *Plaintiff* | )<br>)<br>) |
| vs. | )    Civil Action No. 3:16-cv-913-CWR-FKB<br>) |
| MANAGEMENT & TRAINING<br>CORPORATION, *et al.*,<br>    *Defendants* | )<br>)<br>) |

## MOTION TO WITHDRAW

COMES NOW Defendant Management & Training Corporation ("MTC"), by counsel, and requests that this Court enter an order allowing H. Richard Davis, Jr. to withdraw as its counsel in this matter. The basis for this withdrawal is that H. Richard Davis, Jr. is no longer employed by Adams and Reese LLP. MTC will continue to be represented by R. Jarrad Garner and Lindsey O. Watson with Adams and Reese LLP, so there is no prejudice whatsoever in granting this withdrawal.

WHEREFORE, PREMISES CONSIDERED, MTC respectfully requests that this Court enter an order allowing H. Richard Davis, Jr. to withdraw as its counsel in this matter. MTC also requests any and all other and further relief that this Court deems appropriate.

RESPECTFULLY SUBMITTED this the 12th day of November, 2018.

>MANAGEMENT & TRAINING
>CORPORATION
>
>By: /s/ R. Jarrad Garner
>R. Jarrad Garner (MSB No. 99584)
>Lindsey O. Watson (MSB No. 103329)
>ADAMS AND REESE LLP
>1018 Highland Colony Parkway, Suite 800
>Ridgeland, Mississippi 39157
>Telephone:    601-353-3234
>Facsimile:     601-355-9708
>jarrad.garner@arlaw.com
>lindsey.watson@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court using the ECF electronic filing system, which sent notification of such filing to all counsel of record.

This the 12th day of November, 2018.

>/s/ R. Jarrad Garner
>R. Jarrad Garner