**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| JAMES PICKENS, | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| vs. | ) | **Civil Action No. 3:16-cv-913-CWR-FKB** |
| | ) | |
| MANAGEMENT & TRAINING | ) | |
| CORPORATION, *et al.*, | ) | |
|    *Defendants* | ) | |

## ENTRY OF APPEARANCE

Please take notice that Darryl A. Wilson, with the law firm of Adams and Reese LLP, hereby enters his appearance as counsel of record for Defendant Management and Training Corporation in the above-styled and numbered cause. All notices and pleadings should be sent to the following:

>R. Jarrad Garner
>Darryl A. Wilson
>Adams and Reese LLP
>1018 Highland Colony Parkway, Suite 800
>Ridgeland, Mississippi 39157
>Telephone – (601) 353-3234
>Facsimile - (601) 355-9708
>jarrad.garner@arlaw.com
>darryl.wilson@arlaw.com

1

RESPECTFULLY SUBMITTED, this the 14th day of December, 2018.

                                **ADAMS AND REESE LLP**

                  By:    */s/ Darryl A. Wilson*

                         R. Jarrad Garner (MSB No. 99584)
                         Darryl A. Wilson (MSB No. 104902)
                         ADAMS AND REESE LLP
                         1018 Highland Colony Parkway, Suite 800
                         Ridgeland, Mississippi 39157
                         Telephone:    601-353-3234
                         Facsimile:     601-355-9708
                         jarrad.garner@arlaw.com
                         darryl.wilson@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court using the ECF electronic filing system, which sent notification of such filing to all counsel of record.

This the 14th day of December, 2018.

                                       */s/ Darryl A. Wilson*
                                       Darryl A. Wilson